# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129463

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALI FADLALLAH,
Plaintiff-Appellant,

v

SC: 129463
COA: 262731
Michigan State Tenure
Commission: 04-000025

DEARBORN PUBLIC SCHOOLS,
Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the September 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

p0320